# Exhibit A

Debtor Transferor: Bayou Steel BD Holdings, L.L.C.
Preference Period Transfers

| Vendor Name | Transfer Date | Check Number | Transfer Type | Transfer Amount | Invoice Number | Invoice Date | Associated Invoice Amount |
|---|---|---|---|---|---|---|---|
| RIVER PARISH CONTRACTORS, INC | 8/2/2019 | 2000096223 | Wire | $ 168,795.19 | 5100591388 | 3/28/2019 | $ 168,795.19 |
| | | | | | | | |
| RIVER PARISH CONTRACTORS, INC | 8/12/2019 | 2000096537 | Wire | $ 153,667.71 | 5100591389 | 3/28/2019 | $ 14,661.00 |
| | | | | | 5100592753 | 3/29/2019 | $ 21,908.00 |
| | | | | | 5100592244 | 4/2/2019 | $ 10,407.00 |
| | | | | | 5100592708 | 4/2/2019 | $ 17,203.50 |
| | | | | | 5100593937 | 4/2/2019 | $ 2,422.50 |
| | | | | | 5100591366 | 4/3/2019 | $ 13,803.07 |
| | | | | | 5100591367 | 4/3/2019 | $ 5,049.00 |
| | | | | | 5100591376 | 4/3/2019 | $ 18,652.64 |
| | | | | | 5100591486 | 4/3/2019 | $ 28,245.00 |
| | | | | | 5100592693 | 4/3/2019 | $ 612.00 |
| | | | | | 5100592616 | 4/4/2019 | $ 5,516.50 |
| | | | | | 5100592709 | 4/4/2019 | $ 15,187.50 |
| | | | | | | | $ 153,667.71 |
| | | | | | | | |
| RIVER PARISH CONTRACTORS, INC | 8/16/2019 | 2000096646 | Wire | $ 151,518.07 | 5100594602 | 4/4/2019 | $ 27,276.55 |
| | | | | | 5100592754 | 4/5/2019 | $ 8,535.00 |
| | | | | | 5100592755 | 4/5/2019 | $ 1,225.50 |
| | | | | | 5100592618 | 4/8/2019 | $ 2,220.00 |
| | | | | | 5100593254 | 4/8/2019 | $ 19,958.00 |
| | | | | | 5100593078 | 4/9/2019 | $ 10,634.50 |
| | | | | | 5100595841 | 4/9/2019 | $ 1,935.00 |
| | | | | | 5100593077 | 4/10/2019 | $ 458.55 |
| | | | | | 5100595019 | 4/10/2019 | $ 4,449.69 |
| | | | | | 5100595021 | 4/10/2019 | $ 11,115.11 |
| | | | | | 5100595741 | 4/15/2019 | $ 2,166.00 |
| | | | | | 5100595747 | 4/15/2019 | $ 16,407.00 |
| | | | | | 5100595774 | 4/15/2019 | $ 7,350.00 |
| | | | | | 5100595913 | 4/15/2019 | $ 4,261.87 |
| | | | | | 5100595916 | 4/15/2019 | $ 5,057.96 |
| | | | | | 5100594449 | 4/17/2019 | $ 14,449.00 |
| | | | | | 5100595831 | 4/17/2019 | $ 2,435.34 |
| | | | | | 5100595481 | 4/18/2019 | $ 4,968.00 |
| | | | | | 5100598632 | 5/7/2019 | $ 6,615.00 |
| | | | | | | | $ 151,518.07 |
| | | | | | | | |
| RIVER PARISH CONTRACTORS, INC | 9/9/2019 | 2000096821 | Wire | $ 196,063.20 | 5100595748 | 4/23/2019 | $ 16,548.00 |
| | | | | | 5100595752 | 4/23/2019 | $ 7,140.00 |
| | | | | | 5100595914 | 4/23/2019 | $ 9,498.21 |
| | | | | | 5100595915 | 4/23/2019 | $ 13,273.34 |
| | | | | | 5100597153 | 4/23/2019 | $ 7,026.15 |
| | | | | | 5100597143 | 4/26/2019 | $ 3,664.23 |
| | | | | | 5100598244 | 4/26/2019 | $ 15,506.18 |
| | | | | | 5100598246 | 4/26/2019 | $ 7,620.00 |
| | | | | | 5100597082 | 4/29/2019 | $ 15,351.00 |
| | | | | | 5100598094 | 4/29/2019 | $ 5,220.00 |
| | | | | | 5100597084 | 4/30/2019 | $ 1,377.00 |
| | | | | | 5100598586 | 5/6/2019 | $ 10,018.50 |
| | | | | | 5100598588 | 5/6/2019 | $ 10,939.83 |
| | | | | | 5100606579 | 5/6/2019 | $ 13,623.00 |
| | | | | | 5100598575 | 5/8/2019 | $ 2,178.65 |
| | | | | | 5100598839 | 5/8/2019 | $ 54,643.77 |
| | | | | | 5100598857 | 5/8/2019 | $ 2,435.34 |
| | | | | | | | $ 196,063.20 |
| | | | | | | | |
| | | | | $ 670,044.17 | | | $ 670,044.17 |