IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC, *et al.*,<br><br>                        Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al*.,<br><br>                        Plaintiff,<br><br>vs.<br><br>RIVER PARISH CONTRACTORS, INC.,<br><br>                        Defendant. | Adv. Proc. No. 21-50225 (KBO)<br><br><br>JURY TRIAL DEMANDED |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Henry A. King, Esquire, of King & Jurgens, L.L.C., 201 St. Charles Ave., 45th Floor, New Orleans, Louisiana 70170, as an attorney for defendant River Parish Contractors, Inc. in the above-captioned adversary proceeding.

Dated: May 12, 2021
       Wilmington, Delaware

                                                        /s/ *James G. McMillan, III*
                                                        James G. McMillan, III (No. 3979)
                                                        Halloran Farkas + Kittila LLP
                                                        5801 Kennett Pike, Suite C/D
                                                        Wilmington, DE 19807
                                                        Telephone: 302-257-2103
                                                        Facsimile: 302-257-2019
                                                        *jm@hfk.law*

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Louisiana and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ *Henry A. King*
Henry A. King
King & Jurgens, L.L.C.
201 St. Charles Ave., 45th Floor
New Orleans, LA 70170
504-582-3800
rburvant@kingjurgens.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: May 13th, 2021
Wilmington, Delaware

KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE