# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC, *et al.*,[1]<br><br>                      Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7<br>Trustee of BAYOU STEEL BD HOLDINGS, L.L.C.,<br>*et al.*,<br><br>                      Plaintiff,<br><br>vs.<br><br>RIVER PARISH CONTRACTORS, INC.,<br><br>                      Defendant. | Adv. Proc. No. 21-50225 (KBO) |

## ORDER APPROVING STIPULATION REGARDING APPOINTMENT OF MEDIATOR

Upon consideration of the *Stipulation Regarding Appointment of Mediator* (the "Stipulation") filed by the Chapter 7 Trustee and the Defendant; and the Court having reviewed the Stipulation, a copy of which is attached hereto as **Exhibit 1**; and good cause appearing for the relief requested therein, it is hereby ORDERED THAT:

1.    The Stipulation, attached hereto as **Exhibit 1**, is approved in its entirety.

2.    No later than sixty (60) days following entry of this Order, either:

    a.    the Mediator must file a status report regarding the status or outcome of mediation (or sooner if the Parties reach a resolution), which status report may indicate the Parties wish to continue mediation and will provide a date certain by which a further status report will be filed with the Court; provided, however, that if mediation is not successful, the Mediator will file a status report so indicating within fourteen (14) days of such determination, and the Parties will thereafter be obligated to comply with paragraph 2(b) of this Order in promptly noticing a Rule 16 scheduling conference; or

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

      b.  the Parties must file a notice to schedule a Rule 16 scheduling conference to consider entry of a proposed scheduling order for this adversary proceeding.

    3.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

# EXHIBIT 1 TO ORDER

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC, *et al.*,[1]<br><br>        Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,<br><br>        Plaintiff,<br><br>vs.<br><br>RIVER PARISH CONTRACTORS, INC.,<br><br>        Defendant. | Adv. Proc. No. 21-50225 (KBO) |

**STIPULATION REGARDING APPOINTMENT OF MEDIATOR**

     Plaintiff, George L. Miller in his capacity as chapter 7 trustee of Bayou Steel BD Holdings, L.L.C., *et al.*, (the "Plaintiff"), for the estates of the above-captioned debtors (the "Debtors") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"), by and through his undersigned counsel and defendant River Parish Contractors, Inc. (the "Defendant," and together with Plaintiff, the "Parties"), enter into this *Stipulation Regarding Appointment of Mediator* (the "Stipulation") and hereby stipulate and agree as follows:

     1.  Derek Abbott (if available) shall be appointed as the mediator (the "Mediator") in this adversary proceeding.

     2.  The mediation shall be conducted in accordance with the Local Rules of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and/or otherwise as may be agreed by the Parties and the Mediator.  The Parties will select a date for commencement of the mediation.

Dated: August 4, 2021                    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Andrew W. Caine (CA Bar No. 110345)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor, P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:    bsandler@pszjlaw.com
                acaine@pszjlaw.com
                pkeane@pszjlaw.com

*Counsel to Plaintiff George L. Miller,*
*Chapter 7 Trustee*

and

HALLORAN FARKAS + KITTILA LLP

*/s/ James G. McMillan*

James G. McMillan, III (DE Bar No. 3979)
5801 Kennett Pike, Suite C/D
Wilmington, Delaware 19807
Phone: (302) 257-2103
Fax: (302) 257-2019
Email: jm@hfk.law

And

Henry A. King
Robert J. Burvant
W. Spencer King
KING & JURGENS, L.L.C.
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170
Telephone: (504) 582-3800
Fax: (504) 582-1233
hking@kingjurgens.com
rburvant@kingjurgens.com
sking@kingjurgens.com

*Counsel to Defendant*