IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>RIVER PARISH CONTRACTORS, INC.,<br><br>Defendant. | Adv. Pro. No. 21-50225 (KBO) |

## MEDIATION STATUS REPORT

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation and Appointing Mediator, dated August 5, 2021, the undersigned Mediator reports that the parties settled prior to mediation and parties will file the appropriate dismissal document once the settlement has been completed.

Dated: November 22, 2021

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Derek C. Abbott*
Derek C. Abbott (#3376)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Phone: (302) 351-9357
Facsimile: (302) 425-4664

15306145

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222) and BD LaPlace, LLC, a Delaware limited liability company (5783).